# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | |
|---|---|
| LARRY DEWAYNE MCNEIL, | * |
| Plaintiff, | * CIVIL ACTION NO.: 2:16-cv-137 |
| v. | * |
| DUANE KIRBY; SHARLEEN GRAHAM; MYRA MURPHY; JUSTIN SANDER; JACKIE L. JOHNSON; and JAN KENNEDY, all in their individual and official capacities, | * |
| Defendants. | * |

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (dkt. no. 3), to which Plaintiff failed to file Objections. Accordingly, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES** Plaintiff's Complaint for failure to state a claim. The Court also **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal. The Court **DENIES** Plaintiff leave to proceed *in forma pauperis* on appeal.

SO ORDERED, this 20 day of January, 2017.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)